UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
ALKARIM PIRBHAI LAKHANI, :
: CASE NO. 1:08-CV-2355
Petitioner, :
:
vs. : OPINION & ORDER
: [Resolving Doc. No. 47]
MIKE O'LEARY, *et al.*, :
:
Respondent. :
:
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

This matter is before the Court on Petitioner Alkarim Lakhani's September 22, 2010 motion to show cause and hold in contempt Respondent Mike O'Leary, Supervisory Detention & Deportation Officer with the United States Department of Homeland Security. [Doc. 47.] Petitioner says the Respondent has failed to give "[Petitioner Lakhani] an individualized bond hearing," [Doc. 47 at 1], which the Court had ordered in its August 16, 2010 opinion and order granting the Petitioner's habeas petition. [Doc. 39.]

Before Petitioner filed the instant motion for contempt, however, the Court, upon motion of Respondent and with new evidence that the Petitioner's detention was no longer in violation of 8 U.S.C. § 1226, vacated its August 16 order granting relief and instead dismissed Petitioner's habeas petition. [Doc. 46.] Thus, while the Court does have the inherent power to enforce compliance with its lawful orders, *see Shillitani v. United States,* 384 U.S. 364, 370 (1966), there exists here no order

-1-

-2-

Case No. 1:08-CV-2355
Gwin, J.

for the Court to enforce. Accordingly, because the Petitioner seeks to hold the Respondent in contempt for failing to comply with a order that has since been vacated, the Court **DENIES** Petitioner's motion as moot.

    IT IS SO ORDERED.


Dated: February 28, 2011                                          s/      *James S. Gwin*
                                                                       JAMES S. GWIN
                                                                       UNITED STATES DISTRICT JUDGE